## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Montel Woods | FILED: APRIL 4, 2008 |
|  | 08CV1953          EDA |
| v. | JUDGE NORGLE |
| City of Chicago, et al. | MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| |
|---|
| NAME (Type or print) <br> Edward M. Fox |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Edward M. Fox |
| FIRM <br> Ed Fox & Associates |
| STREET ADDRESS <br> 300 W. Adams Street, Suite 330 |
| CITY/STATE/ZIP <br> Chicago, IL 6060+ |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6205330 | TELEPHONE NUMBER <br> 312-345-8877 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐