UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MONTEL WOODS; | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1953 |
| | ) | |
| vs. | ) | |
| | ) | |
| Chicago Police Officer, S.P. Kelnosky, Star #10972, Chicago Police Officer W.D. MURPHY, Star #19214, Chicago Police Officer C.F. CHMELAR, Star #18896, and CITY OF CHICAGO, | ) ) ) ) ) | Judge Norgle<br><br>Magistrate Judge Denlow<br><br>Jury Demand |
| Defendants. | ) | |

**NOTICE OF FILING & CERTIFICATE OF SERVICE**

To:   Meghan Gonnissen
      Ed Fox & Associates
      300 West Adams, Ste. 330
      Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **DEFENDANTS' CITY OF CHICAGO, KELNOSKY, MURPHY AND CHLEMAR'S ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES AND JURY DEMAND,** a copy of which will be served upon you, along with this notice, pursuant to Local Rule 5.9 and in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, on this 2nd day of June, 2008.

Respectfully Submitted,

 /s/Suyon Reed
Suyon Reed
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3283
Atty. No. 06280973