IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONTEL WOODS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 08 C 1953 |
| v. ) | |
| ) | |
| Chicago Police Officer S. P. KELNOSKY, ) | Judge Norgle |
| Star #10972, Chicago Police Officer ) | |
| W. D. MURPHY, Star # 19214, ) | Magistrate Judge Denlow |
| Chicago Police Officer C. F. CHMELAR, ) | |
| Star # 18896, and the CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

**PARTIES JOINT AGREED DISCOVERY SCHEDULE**

NOW COME the parties, by and through their respective counsel, and hereby propose the following agreed discovery schedule:

1. Rule 26(a) disclosures have already been made.

2. Fact discovery is to be completed by November 21, 2008.

3. Plaintiff shall disclose all experts by December 22, 2008.

4. Defendants shall disclose all experts by January 22, 2009.

5. Expert discovery shall be completed by February 23, 2009.

Respectfully submitted,                             Respectfully submitted,

s/Meghan A. Gonnissen                               s/Suyon Reed
Meghan A. Gonnissen                                 Suyon Reed
Attorney for Plaintiff                              Attorney for Defendants
300 West Adams, Suite 330                           30 North LaSalle Street, Suite 1400
Chicago, Illinois 60606                             Chicago, Illinois 60602
(312) 345-8877                                      (312) 744-3283