UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MONTEL WOODS; | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1953 |
| | ) | |
| vs. | ) | |
| | ) | |
| Chicago Police Officer, S.P. Kelnosky, Star #10972, Chicago Police Officer W.D. MURPHY, Star #19214, Chicago Police Officer C.F. CHMELAR, Star #18896, and CITY OF CHICAGO, | ) ) ) ) ) | Judge Norgle<br><br>Magistrate Judge Denlow<br><br>Jury Demand |
| Defendants. | ) | |

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

**To:** Meghan Gonnissen
Ed Fox & Associates
300 West Adams, Ste. 330
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **DEFENDANTS' MOTION FOR ENTRY OF A PROTECTIVE ORDER,** a copy of which will be served upon you, along with this notice, pursuant to Local Rule 5.9 and in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, on this 29th day of August, 2008.

**PLEASE TAKE FURTHER NOTICE** that on **Friday, September 5, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Norgle, or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present this motion.

**DATED** this 29th day of August, 2008.         Respectfully Submitted,

                                                                  /s/Suyon Reed
                                                                  Suyon Reed
                                                                  Assistant Corporation Counsel
                                                                  30 N. LaSalle Street, Suite 1400
                                                                  Chicago, Illinois 60602
                                                                  (312) 744-3283
                                                                  Atty. No. 06280973